[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 18-13659
Non-Argument Calendar

_____

D.C. Docket No. 7:04-cr-00020-HL-TQL-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

WILLIAM BROXTON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

(April 24, 2019)

Before ED CARNES, Chief Judge, WILSON and HULL, Circuit Judges.

PER CURIAM:

Erin Pinder, appointed counsel for William Broxton in this appeal from the district court's denial of his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the district court's denial of Broxton's § 3582(c)(2) motion for a sentence reduction is **AFFIRMED**.